**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 18 MAL 2017 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SCOTT SCARLOTTA MEINZER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.